Good morning. May it please the court, Joshua Booth, Assistant Attorney General for the State of Michigan, on behalf of the current Treasurer, Nick Curry, and former Treasurer, Kevin Clinton. I've reserved three minutes for any possible rebuttal. This is our appeal of the District Court's denial of immunity. And although each Treasurer has asserted a different basis for immunity, each basis is an immunity from suit. So therefore, neither one of these Treasurers should be a party to this action unless the plaintiffs have met their burden to show that they are not immune. And it's our position that they have not done that in this case. In regard to current Treasurer Curry, he's asserted 11th Amendment immunity. But as the panel knows, there is an exception to that immunity for prospective injunctive relief. However, we believe that that exception does not apply here. Essentially what plaintiffs want is injunctive relief in the form of a reinstatement of the retiree health care benefits moving forward. But Treasurer Curry simply has no authority to provide that kind of relief. Certainly as the Treasurer, there is no statutory or other authority that would allow him to essentially go into the City of Lincoln Park and direct that that be done. One question that I had was, am I right in remembering that this case involves a number of different parties? And the only two issues that we have are the qualified immunity, 11th Amendment immunity issues. But all the rest of the parties, various things are going to happen or have happened to them. That's my understanding. So what I wonder is whether that would lead us to part of the answer with respect to Mr. Curry, which is that although he couldn't do everything himself, if he is involved in decisions that others who are also parties to the case are involved with, that maybe having him remain as a party is an important thing here. Yeah, I thought about that. But in light of what his authority is, certainly at least currently, right now in the City of Lincoln Park, there is a certain degree of local control. But there is a Receivership Transition Advisory Board that is overseeing and monitoring the finances. And the Treasurer has a designee on that board. It can either be him or his designee. But in this case, it's his designee. But even if the Treasurer wanted or directed his designee to take certain actions, such as to reinstate the health care benefits moving forward, that wouldn't necessarily happen because the RTAB is a body of five. Is the RTAB itself still a party in the action below? I'm going to defer to plaintiff's counsel. But from what I remember, I don't believe the RTAB was ever sued. Because at the time the suit was filed, there was still an emergency manager in place. So I'll defer to Mr. Curry. Is the City of Lincoln Park still a party below? I believe so. And if I'm correct with any of this, I'm going to invite counsel to break. So at least in concept, if we don't have a problem of finding the right party, they can get relief in the remaining proceedings below. And for example, as between Lincoln Park and the RTAB, if they are Lincoln Park, the court could order that collective body to do something. I mean, assuming they win on the merits. Yeah, I think so. It's tough to say from a practical standpoint what that kind of order would be. I agree with that, Your Honor. I was just trying to distinguish between the treasurer as one of a five-member board or his designee and the ability of a court to order the board or the city, whoever really has the pen at the moment, to do something which, absent some other barrier, the court certainly would be able to. Correct? You wouldn't deny that? No, I wouldn't deny that. But I guess that your question kind of brings to me to mind the case that we cited along with our reply brief was the Serafino v. City of Hamtramck case. In that case, there weren't any state parties and they were essentially seeking the same type of relief. Ultimately, they didn't get it. But my point is that that case proceeded with just the local units involved. There was no state involvement in terms of I think the premise was could they get relief without the state defendants? My answer to that would be yes. I don't know, Judge Moore, if I've answered your question sufficiently or not. What I wanted to say was the current Treasurer Curry has no authority to go in on his own now into the city and say, do this. The way it is set up now with the RTAB in place, even if Treasurer Curry wanted to do that, he couldn't just because it operates by an RTAB operates by a majority vote. And his designee would only be one of five. So that's basically our position with Mr. Curry is that since he can't provide the plaintiffs with the type of perspective injunctive relief that they want. He can't provide them whole relief. But if his vote would be one of five on RTAB and if there are four others and those four could be gotten to in some fashion, then his vote would be critical. Yeah. But I guess I don't know. I see that when you're raising that question in my head it kind of sets off flags of hypothetical. I don't know if we'd even need to do that at this point. Well, but if we're throwing him out, as you're wanting us to do, throwing him out of the committee would be part of the remedy. Well, if the RTAB isn't involved, I don't know how... You're saying that we can decide at this point in this lawsuit that RTAB alone is enough. Well, the RTAB isn't... We don't even know if RTAB is a party, right? They're not a party, correct. Okay. So that's why I guess this is what I'm... Well, my point is that this is all can be taken care of at the local level without the current treasurer and the former treasurer. And so the current treasurer should be entitled to the 11th Amendment immunity because I don't think the prospective injunctive relief exception comes into play. In terms of former treasurer Clinton, he's asserted qualified immunity which shields him from suit for personal damages so long as he didn't violate a clearly established constitutional right. But here, the problem that I'm having is that plaintiffs have asserted on more than one occasion that they're not seeking damages from Mr. Clinton or Mr. Curry for that matter. They have said that to the extent they're seeking damages, they will get that from the city and city officials. And since plaintiffs aren't seeking money damages from Mr. Clinton, it would seem that the court doesn't even need to get into the qualified immunity analysis of whether there was a violation of a constitutional right. Counsel, for that statement, the one you just made, I take it in your reply brief, I think you cite page 22, it's actually page 13 in my numbered version, where they say the following, the plaintiff's complaint against the current state treasurer addresses only prospective injunctive relief. All damages and remedies will by law be directed to the city of Lincoln Park. So you read that to be a disclaimer not just about the current state treasurer, which is the preceding sentence, but against the past one as well? That's the way I read that, yes. I mean, well, obviously, I'll ask your adversary whether he says the same thing. And I guess my... Because when I read your statement in the reply brief, I thought, oh, that looks pretty good. And once I finally ran it down, your quote was accurate, but it is in a paragraph that begins talking about the current treasurer, not the former treasurer. Well, yeah, I can see that interpretation. I apologize for the miscite. But I guess another reason why I said that is just looking at the title of that section of the discussion is plaintiff's financial claims are asserted against the city. And so as I see that and then I read below, in my mind, I'm deducing that it pertains to the city and not just the state defendants or not the state defendants at all, I should say. So when it comes to Mr. Clinton, I think the case is pretty straightforward. If they're not seeking damages against him, the court doesn't even need to get into whether there was a constitutional... What are they seeking from him? I'm not sure what... That would be a good question because I haven't quite figured it out myself. I know qualified immunity doesn't preclude injunctive relief, but if that's what they're seeking against Mr. Clinton in this case, I think we run into the same kind of problem. It's even a bigger problem than we had with Mr. Curry because Mr. Clinton isn't in office anymore. He's essentially a private citizen. He doesn't have any authority to do anything. He can't issue any type of injunctive relief, let alone a reinstatement of benefits to the plaintiffs. So I think really, from our point, what this case comes down to is one, plaintiffs aren't seeking damages from Mr. Clinton and the injunctive relief that they're seeking isn't the type of relief that can be provided by either of these defendants. So we would ask that they would be given their immunity they asserted below. So if they are seeking damages from Clinton, then you would say that he is entitled to Yes, because I believe that under the qualified immunity analysis that we set forth in our brief that there was no constitutional violation. Would you say because there's no constitutional violation or because a reasonable officer might believe that you're not violating the Constitution? That's more accurate, Your Honor. I apologize for misstating the law. That's correct, yes. So we would ask that this court reverse the district court's denial of our motion to the immunity. Why did the district court keep Mr. Clinton in the case? I don't understand. There wasn't much of an explanation for that. It just basically said under the circumstances immunity doesn't apply. There really wasn't much of an analysis there, Your Honor. That's all I got out of it. I have no further insight, so I apologize. Is this decided on 12B-6? No, no. It's a motion to dismiss, Your Honor, yes. Thank you. May it please the Court, good morning. Mark Porter representing the two named plaintiffs. Again, may I note that because of a technological mishandling or mistake on this, it's Charles Kaminsky, not Cheryl. We did correct that and the district court corrected it. May I start by trying to clarify some of the questions that you have because I think they're very appropriate and they go to this tangled ticket that's known as Public Act 436. As far as the prospective injunctive relief, there's two parts to this. One is the ongoing problem that if the district court orders relief for the plaintiffs in this case and then the Lincoln Park, we're right back where we started from. If the state treasurers are not there, then you basically have a hollow remedy if the plaintiffs prevail. This goes to section 1564 of the Public Act 436 where it says that the RTAB, which has the treasurer or his designee, and I think it's a split hair to determine that there's a difference there. If they recommend to the governor that the Lincoln Park economic condition is worse or at least not changed, the governor orders another emergency manager right back into Lincoln Park again. Let me phrase it this way. That sounds like you're attacking the very concept of emergency manager and RTAB rather than the specific thing they did. That is presumably if the district court says you can't change those retiree benefits, you've got to put them back, then you don't know what's going to happen if there's any new emergency. They could do hundreds of things, all of which might be valid. And they could do it within five minutes. And that's the whole problem, your honor. Right now. But if the ruling is that these particular contracts are lifetime vested, then it would seem that ruling would hold forever. Now, if they wanted to do some other change, you're right, you'd have to litigate the merits of that one. Theoretically, I agree with you, your honor. But may I point out that the reality is the other part of this case, which is the procedural due process. Now, the court dismissed substantial due process. The procedural, and this is something that when I talk to a lot of people, they tend to miss, is that section 1569. As you know, there was a political change in Michigan with the incoming elections of 2010. And a debate aside on that, the one thing that the current government up there and the legislature has demanded is transparency. Section 1569 of the Emergency Manager Act demands that the financial loan authority, which is in fact the treasurer by definition, must either give bulletins, give guidance as to what they're going to do and why they're going to do it, or administrative rules. Now, we all know from both the federal and the state system, administrative rules have to be public. There has to be a comment. There has to be some kind of legislative oversight. Five years into this act, there is no control from the state treasurer over any guidance as to how anybody is supposed to act under the Emergency Manager Act. That's a major part of this complaint. How can you have the right to be heard with no appeal that's built into the act, and at the same time, no guidance from the bulletins or the administrative rules as to how the treasurer is instructing the emergency managers? So part of the prospective injunctive relief that you want is to order the treasurer to make certain regulations or publish certain things? Well, an injunction, your honor, would prohibit the treasurer from, if you will, ignoring the act at 1569. The other thing that I think we need to keep in mind here, this is still a state receivership. Right now, the city of Lincoln Park... Which paragraph specifies that relief? I'm sorry, of the complaint? Yes. The injunctive relief is that they were made whole, and the procedural due process of the relief would be, we stated in the complaint with specificity that, I believe it was count four, he had to abide by the legislature's command to give notice and also to either issue bulletins... Well, but that's one of the evils. That's one of the things you say he did wrong. I understood you to say that you wanted an injunction to make him follow the law in certain ways, and I was asking, a prospective injunction, I was asking where is that in the complaint? It's in the relief requested, your honor, for injunctive relief to make them whole. Make them whole and procedural means that the state treasurer follows the law like the rest of us do. So you're saying that there's no specificity of that, you're just relying on the make whole terms? Yes, your honor, because... We usually think of make whole as giving me money. Well, and that is another thicket that we're into in this Public Act 436. No money from the state goes into the city. The state simply came in and took the money out when they took it away from the retirees. And what I was going to say is, this is still a state receivership. Right now, Lincoln Park exists as a boundary. It's a state receivership boundary. It's no different than a state park. You have the RTAB that is with the treasurer. The treasurer is the right-hand authority with the governor. The treasurer, as the judge accepted our arguments, is in over three dozen areas in Public Act 436 where he is directly involved with Public Act 436. And as this court acknowledged in Phillips v. Snyder, the treasurer oversees the emergency manager. So you have an ongoing financial relationship and responsibility. What sort of relief are you asking against Clinton, former treasurer? Well, we named treasurer Clinton because he was the one that actually agreed with the emergency manager and worked with the emergency manager to take away the benefits. What are you seeking from him right now? Well, he was removed and brought in as a matter of the federal rule that the current treasurer replaces the former one. When we filed this suit, treasurer Clinton was still there. So you're willing to dismiss him now? No, your honor. Are you seeking money damages against Clinton? I think that's possible. I know from the case law I was reading last night that if there is a secondary effect on the state treasury, based on that, that's true. Our argument against former treasurer Clinton is that there is no qualified immunity. He knew that there were contractual rights. Now, this case has been stayed for over a year. Discovery has continued with the city. The state has not been involved. We now have exit contracts because there was an early retirement in 2004 that both Mr. Kaminsky and Mr. Muleos had that go above and beyond what was here when we initiated this complaint. My suggestion is that the state probably would have been better served to participate in that discovery along with the city. And I suggest that the trial judge knew that it would be good at this time not to decide the issue of the case brought before you on the immunity issue. So you're saying that your opponent, Mr. Booth, is just wrong when he says you're not seeking any damages from Clinton? We're seeking whatever the discovery and the judge allows, Your Honor, in the district court, and that could involve damages. To be honest, I don't know. Because under Public Act 436, the treasurer does not take back state money. The treasurer comes into the city with the emergency manager and alters the city budget to remove local city budget tax dollars. Okay, but if you then are, you say potentially seeking, I mean, either you are or you're not, you're the master of the complaint, you can understand why he's interested because his checkbook is at risk. So the statements that we were focusing on at page 13, as you've numbered it in the red brief, really isn't, or at least the inference is wrong, the inference that's taken that you're only asserting financial claims against the city. You really are asserting financial against Clinton. Your Honor, the only way I can answer this is the thicket with Public Act 436, this goes back. Well, you wrote the brief, you wrote the complaint. Either you want money from him or you don't. Because the next question would be, if you're right on the merits, aren't you going to get your money from the conglomeration of Lincoln Park, RTAB, State, wherever, that you don't need Mr. Clinton's personal checkbook? According to Public Act 436, the only way that the RTAB now, or the emergency manager if he's there, gets money is to get a loan from the state. And that is another one of the problems with Public Act 436. Schneider v. Phillips, you had a facial challenge. What you have here is an as-applied challenge. How does this actually work when people are affected? I think everyone will agree, you have a substantial impairment of a right. You then start moving to what happened after that substantial impairment. Was there a justified public policy for it? Was there any reasonable alternative to it? All of that is still pending before the district court. And if you're right on the merits, if in the end, the judge says on the merits, these benefits were vested, and therefore, Lincoln Park should pay umpty ump million dollars. Why isn't that adequate? Federal courts, at the end, they can seize City Hall and pay you your benefits. If the state wants to stop that, that's the state's lookout. Or if you can, I asked you, we asked you, was the RTAB a party and could you make them a party, that sort of thing? But doesn't that give you all the relief that you could get? Before I forget, the reason the RTAB is not a party is the emergency manager was there when the suit was filed. The case has been sued. The emergency manager is a party? Yes. Okay, so the RTAB, presumably with an appropriate amendment, the RTAB could fit into the shoes of the emergency manager. Okay. Yes, I'm glad you asked me for a clarification. Coulter is the subsequently, he left after 18 months pursuant to the statute and the RTAB came in. I'm glad you brought that to my attention, Your Honor, because it should have been clarified. So you have not, to this day, filed a claim against RTAB in this litigation? That's correct because the case has stayed. We are actively carrying on discovery, which is now wrapping up with the city and the employees. We just did that last week. So that's getting to the real merits of the case? As far as the merits of the case involving what the city intended those contracts to mean. There's another timeline that the Court should be made aware of. This was filed in August of 2015. October 2015, the State Court of Appeals released the Harper Woods Retirees Association case, which got into more detail than Tackett. Now, as you know, our response to that is that Tackett opinion doesn't apply because nobody read the contracts. They simply eliminated them. So in this particular case, again, it goes back to the power of... You said nobody read the contracts. They just eliminated them. Was that what you said? That's correct, Your Honor. The emergency manager orders which were issued and which are attached to the complaint from Mr. He simply used his authority under section 1552, subsection 1K, to eliminate the contracts and also the health insurance contracts to the individuals. There's one other aspect here that I think is noticeable, and that is that the State has tried to claim that under the Buffalo Teachers decision, which they've tried to parallel to this in saying, oh, that was only a temporary modification of the retiree benefits in Lincoln Park. The average age, as we pointed out, in Lincoln Park is over 70 years old. The emergency manager, as we cited specifically in our complaint, said it's going to take 20 years to get the pension system back up. If you're 71 or 72 years old, there's no such thing as temporary when you're saying 20 years. It was a legal attempt to try and take a permanent removal of benefits and make it look like it was temporary. And that's the practical effect of the Emergency Manager Act as opposed to the theory when the courts are understandably wrestling with these issues. We're not denying that the City of Lincoln basically destroying benefits in order to supposedly save the benefit of the City. And that's why we need the discovery on both the former and the current State Treasurer to find out how much they actually did get involved in this. We don't know this. We haven't been able to do discovery on the Treasurer. We're, in fact, their communications that the very first thing the Emergency Manager should go to is health care benefits and get rid of them because they're biggest legacy costs. Is this appeal the reason that you can't take their discovery? That's correct, Your Honor. It was stayed at the scheduling conference. The District Court stayed this? That's correct, Your Honor. And this was... You bought Mr. Clinton so you can depose him. Is that what... No, Your Honor. ...you're going to hold him in this case? Your Honor, he's there because he's a defendant because... What could be the basis for a damages claim against him? If, in fact, the relief is awarded and the status quo is returned. Again, we're not looking for money damages. This is not a tort case. We're looking for a make whole remedy. Then that may very well involve the actions that he took and he knew he took in pairing the contract. And, quite frankly, that would have to be sorted out. But he is not free and clear as far as damages. Prospectively, you're correct. I don't think this would necessarily be a problem unless that the federal rule, he was automatically substituted when Mr. Curry came in. Otherwise, I think we probably wouldn't be having much of this discussion right now. You mentioned the Harper Woods case. Was that appealed to the Michigan Supreme Court? No, Your Honor. That was my case. After the appeals court decision, the parties entered into mediation. They got a settlement. And on August 31st of 2016, the settlement was entered in Wayne County Circuit Court. So as of now, that's the law of the state. I could take you back to this deposition question and maybe I'm missing something. Usually, a person doesn't have to be a defendant in order to take their deposition. So is there something about the deposition law that you need him to be a defendant? Or was it stayed simply as a matter of convenience while this appeal was going on? It was stayed for all matters related to the state, Your Honor. And because of that, we need Mr. Clinton's discovery because he was the main actor along with Mr. Colton. But it was the only reason it was stayed as to the state because of this appeal. That is, if you had said, fine, we'll get all the money we can from Lincoln Park now, we notice your deposition. Or is there something I'm missing about why the stay was granted? Just slightly, Your Honor. The state took a stay automatically. I mean, there was no discussion as to any reasons behind it. We had a scheduling conference with all the parties, attorneys, and the state said that they would take a stay on the case. The order was entered. So that's why we're here. But Mr. Clinton was the active actor to remove the benefits by his issued letter to the emergency manager. And section 1552, section 1, subsection K, specifically says that the treasurer and the emergency manager, Mr. Coulter, make the decision to remove those benefits from the retiree health insurance. That's why he's a defendant. Thank you. Your red light is on. Indeed. Thank you. I don't have a whole lot to add. I just wanted to kind of refocus things a little bit. Mr. Porter spent a lot of time on attacking Public Act 436, its contents, and its effect on Lincoln Park. And that's not really what we're here for. Certainly, Public Act 436 has its flaws, and it's had some unfortunate impacts on municipalities all across Michigan. But the purpose of this appeal here is just whether these defendants, these two treasurer defendants, should be given immunity. And for the reasons that I previously discussed, I think they should. And there wasn't really anything in Mr. Porter's presentation that made me think otherwise. Because it still wasn't real clear to me what kind of damages, if any, he wanted against Mr. Clinton. Because he kind of went back and forth between, yes, I do, but they would come from the Treasury, which doesn't sound like personal damages. And so I'm just not real clear on exactly what he's trying to get from Mr. Clinton. So I would just revert back to the argument that we've had before. And for the reasons that I set forth in our briefs and here today, we would ask that the district court be reversed. With respect to this question about deposing the treasurers, other than this stay because of this appeal, is there anything that would prevent them from deposing Clinton and getting the story of why he decided this? Standing here right now, Judge, I don't, I can't think of anything. As I was reading, I read somewhere in the briefing where that was mentioned kind of in passing where they wanted to depose the treasurers. But I don't see how they need to be a party to be deposed. You don't just depose parties. You can depose pretty much anybody. So I don't think that, and even if they could be, even if there was some reason, I don't know if that would trump the constitutional immunity that they're asserting here. So we would ask that the district court be reversed to the extent of denied immunity. Thanks. Thank you both for your argument. The case will be submitted. And with the clerk